Daniel Vitor Morilha
2500 Murfreesboro rd ste 105 #139
Nashville TN, 37217
Ph. (408) 480-7050
Email. startrix@protonmail.com
Pro Se Plaintiff

FILED

2023 SEP 13 AM II: 58

US DISTRICT COURT
EASTERN DIST. TENN.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TENNESSEE

3:23-CV-332
McDonough/McCook
Receipt #300002416

DANIEL V. MORILHA )
)
Petitioner, )
)
vs. )
)
PEOPLE OF THE UNITED STATES OF )
)
AMERICA; )
)
Respondent, )
)
_____ )

**PETITION TO PERPETUATE TESTIMONY**

*pursuant*
*Federal Rules of Civil Procedures 27(c)*

According to Federal Rules of Civil Procedures 27, a person may file a verified petition in the district court requesting an order authorizing its petitioner to depose named persons in order to perpetuate their testimony. The contents of the petition must show:

*(A) that the petitioner expects to be a party to an action cognizable in a United States court but cannot presently bring it or cause it to be brought;*

Petitioner to this action is a respondent to California State Court dissolution proceeding number 16-FL-177268 commenced in 2016 and the Plaintiff to a civil action number 22-cv-

3565 commenced on 2022 in the Northern California District Court (referred as "federal action" from here on)

For causes that are unknown to, and beyond of Petitioner's control, the federal action stalled, it was dismissed before any discovery has been permitted to commence, and is now under appeal. Nonetheless Rule 27(c) does not limit a district court from entertaining a new action to perpetuate testimony.

*(B) the subject matter of the expected action and the petitioner's interest.*

Petitioner is the Plaintiff to the federal action which seeks to obtain relief from other damages, and re-appropriate $364,000 debited from Petitioner's bank account around March of 2021 for yet unclear reasons, but which he believes were outside from the scope of the dissolution. The federal action is complex in nature because it looks to amend a State Court judgment where no appeal has been allowed to proceed and may involve other issues pending discovery. The action was originally filed under 28 U.S. code § 1983 against Santa Clara's Superior Court and has many other entities of interest with physical presence in the same venue.

*(C) the facts that the petitioner wants to establish by the proposed testimony and the reasons to perpetuate it.*

Petitioner wants to depose two key witnesses to his complaint: a) his ex-wife who was the state court dissolution's petitioner (adverse party), and b) his ex-partner who he had to leave behind after abandoning the state of California. He believes their independent testimonies will help understanding the scope of his case, that they took part into a broader investigation to which Petitioner only had a passive role on and *is completely independent* of, and that the witnesses had now been relinquished from their respective obligations.

Petitioner cannot guarantee whether the witnesses will be alive or otherwise somehow influenced before his federal action is allowed to proceed and by consequence, he cannot guarantee the integrity of their testimony. Petitioner himself has refrained from contacting them since the commencement of his federal action.

-2-

Additionally Petitioner respectfully requests to file any further records in this petition under seal and for them to be unsealed only if and when required in order to preserve the secrecy and anonymity of the testimonies and their respective witnesses.

*(D) the names or description of the persons whom the petitioner expects to be adverse parties and their addresses, so far as known,*

The current adverse party (Defendant) in his original federal action is the Superior Court of California for the County of Santa Clara with physical address at 191 North First avenue, San Jose California, ZIP 94115. Other defendants and interested parties are pending to be added.

*(E) the name, address, and expected substance of the testimony of each deponent.*

1) Amanda Ferrari de Salles Pupo, her current address is unknown, her last witnessed address was *979 Pinto Palm Terrace #34, Sunnyvale California 94087*. Plaintiff believes she might have returned to her hometown in Brazil with the address *rua dos Antúrios 374, Jardim Paraíso, Valinhos São Paulo CEP 13270-000*.

2) Christina Brito, her current address is unknown, her last known address was *1809 Canyon Drive, Pinole California 94564* on May of 2021. Plaintiff believes she might have moved to his previous address in *Nashville, Tennessee* at *2730 Linmar avenue ZIP 37215*.

If unproven Petitioner will have to locate them by other means.

Petitioner respectfully asks this Court for an order authorizing him to depose through Rule 33 interrogatories the named persons in order to perpetuate their testimony.

Respectfully submitted,

September 13, 2023     _____
                         Daniel Vitor Morilha

-3-