# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| DANIEL VITOR MORILHA, | ) |
| *Petitioner*, | ) Case No. 3:23-cv-332 |
| v. | ) Judge Travis R. McDonough |
| | ) Magistrate Judge Jill E. McCook |
| PEOPLE OF THE UNITED STATES OF AMERICA | ) |
| *Respondent*. | ) |

## JUDGMENT ORDER

For the reasons set forth in the order filed herewith, the Court finds that the United States District Court for the Eastern District of Tennessee is not the appropriate venue for pro se Petitioner Daniel Vitor Morilha's action. Accordingly, the Clerk is **DIRECTED** to transfer this action to the United States District Court for the Northern District of California and to close this Court's file.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
 CLERK OF COURT